SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3717
   Telefax:   (510) 637-3724
   Email: Shashi.Kewalramani@usdoj.gov

Attorneys for the United States

FILED
AUG 23 AM 9:03

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 07-70498 WDB |
| Plaintiff, ) | |
| ) | NOTICE OF PROCEEDINGS ON |
| v. ) | OUT-OF-DISTRICT CRIMINAL |
| ) | CHARGES PURSUANT TO RULES |
| RAESHON "RAE" DOZIER, ) | 5(c)(2) AND (3) OF THE FEDERAL |
| ) | RULES OF CRIMINAL PROCEDURE |
| Defendant. ) | |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on August 22, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment
☐ Information
☐ Criminal Complaint
☐ Other (describe) _____

pending in the District of Montana, Case Number: CR 07-112-BLG-RFC

DESCRIPTION OF CHARGES

    The defendant was charged in an Indictment for violating 18 U.S.C. § 2251(a), related to using, persuading, inducing, enticing, or coercing a minor to engage in or assist any other person engage in, any sexually explicit conduct for the purpose of producing any visual depiction, and

such acts having a relation to interstate commerce.

## PENALTIES

A mandatory minimum term of imprisonment of 15 years, with the following maximum penalties: 30 years imprisonment, lifetime of supervised release, $250,000 fine, and a $100 special assessment.

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: August 23, 2007

H. H. (SHASHI) KEWALRAMANI
Assistant U.S. Attorney

MARCIA HURD
JAMES E. SEYKORA
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.

2007 AUG 16 PM 2 50

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 07-112-BLG- RFC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | SEXUAL EXPLOITATION OF CHILDREN<br>Title 18 U.S.C. § 2251(a) (Count I)<br>(Penalty: Mandatory minimum 15 to 30 years imprisonment, $250,000 fine, and lifetime supervised release) |
| FRITZ ANDERSON aka Prophecy,<br>RAESHON "RAE" DOZIER, and<br>TEAL ROUNDS, | |
| Defendants. | DISTRIBUTION OF ECSTASY TO A PERSON UNDER AGE 21<br>Title 21 U.S.C. §§ 841(a)(1) and 859 (Count II)<br>(Penalty: 40 years imprisonment, $4 million fine, at least six years supervised release, and loss of some federal benefits) |

1

|  | DISTRIBUTION OF MARIJUANA TO A PERSON UNDER AGE 21<br>Title 21 U.S.C. §§ 841(a)(1) and 859 (Count III)<br>(Penalty: Ten years imprisonment, $5,000 fine, at least four years supervised release, and loss of some federal benefits)<br><br>POSSESSION OF CHILD PORNOGRAPHY<br>Title 18 U.S.C. 2252A(a)(5)(B) (Count IV)<br>(Penalty: Ten years imprisonment, $250,000 fine, and lifetime supervised release)<br><br>FORFEITURE<br>Title 18 U.S.C. § 2253(a)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATION FELONY CONVICTION<br><br>TITLE 18 PENALTIES MAY BE ENHANCED FOR PRIOR SEX OFFENSE CONVICTION |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That on or about January 13, 2007, at Billings, in the State and District of Montana, the defendants, FRITZ ANDERSON *aka Prophecy*, RAESHON "RAE" DOZIER and TEAL ROUNDS, used, persuaded, induced, enticed or coerced a minor (name withheld to protect victim's privacy, d/o/b –/–/90), to engage in, or had a minor assist any other person to engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reason to know that such visual depiction will be transported in interstate or foreign commerce, or mailed, or that visual depiction was produced using material that had been mailed, shipped, or transported in interstate or foreign commerce by any means, or such visual depiction

has actually been transported in interstate or foreign commerce or mailed, in violation of 18 U.S.C. § 2251(a).

## COUNT II

That on or about January 13, 2007, at Billings, in the State and District of Montana, and elsewhere, the defendants, FRITZ ANDERSON aka *Prophecy* and TEAL ROUNDS, then being at least 18 years of age, did knowingly and unlawfully distribute 3,4 - Methylenedioxymethamphetamine, generally known as Ecstacy, a Schedule II controlled substance to (name withheld to protect victim's privacy, d/o/b –/–/90), a person under the age of twenty-one, in violation of 21 U.S.C. §§ 841(a)(1) and 859.

## COUNT III

That on or about January 13, 2007, at Billings, in the State and District of Montana, and elsewhere, the defendants, FRITZ ANDERSON aka *Prophecy* and TEAL ROUNDS, then being at least 18 years of age, did knowingly and unlawfully distribute marijuana, a Schedule I controlled substance to (name withheld to protect victim's privacy, d/o/b –/–/90), a person under the age of twenty-one, in violation of 21 U.S.C. §§ 841(a)(1) and 859.

## COUNT IV

That on or about January 13, 2007 through February 23, 2007, at Billings, in the State and District of Montana, and elsewhere, the defendant, FRITZ ANDERSON aka *Prophecy*, knowingly possessed cellular telephone images containing an image, or images, or movies of child pornography that were produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by cellular telephone, in violation of 18 U.S.C. § 2252A(a)(5)(B).

3

## FORFEITURE ALLEGATION

As a result of the commission of the crimes described in Counts I and IV above, and upon his conviction, the defendant, FRITZ ANDERSON aka *Prophecy*, shall forfeit to the United States, all right, title and interest in the following described property that represents property used to commit those offenses:

Motorola KRZR K1 m IMEI: ESN453164162 cellular telephone pursuant to 18 U.S.C. § 2253(a).

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney
Attorney for Plaintiff

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant ✓ (ALL) (ANDERSON — IN CUSTODY)
Bail NONE

4

# United States District Court

## DISTRICT OF MONTANA, BILLINGS DIVISION

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | CASE NUMBER: CR-07-112-BLG-RFC-02 |
| RAESHON "RAE" DOZIER | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest RAESHON "RAE" DOZIER and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with SEXUAL EXPLOITATION OF CHILDREN in violation of Title 18 United States Code, Section 2251(a).

Assigned to: Marcia Hurd

*Terri Devitt*
Terri Devitt, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE CAROLYN S. OSTBY
Billings, Montana

**BAIL FIXED AT None**

Date of Issue: 8/16/07

| RETURN | | |
|---|---|---|
| DATE RECEIVED: | LOCATION: | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: | | **DWIGHT MACKAY** |
| LOCATION: | | **UNITED STATES MARSHAL** |
| BY: | Deputy U.S. Marshal | |