| DOCUMENTS UNDER SEAL | | | | | DOCUMENT NUMBER: | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK | | | REPORTER/FTR | |
| MAGISTRATE JUDGE | | DATE | | | NEW CASE | CASE NUMBER |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. RET. APPT. |
| U.S. ATTORNEY | | INTERPRETER | | | FIN. AFFT SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL | | PARTIAL PAYMENT OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD _TYPE NH IN TIME FIELD)**

| INITIAL APPEAR time | PRELIM HRG time | MOTION time | JUGM'T & SENTG time | STATUS time |
|---|---|---|---|---|
| I.D. COUNSEL time | ARRAIGNMENT time | BOND SIGNING time | IA REV PROB. or S/R time | BAIL REVIEW time |
| DETENTION HRG time | ID/REMOVALHRG time | CHANGE PLEA time | PROB. REVOC. time | SUP REL HRG time |

**INITIAL APPEARANCE**

| ADVISED OF RIGHTS | ADVISED OF CHARGES | NAME AS CHARGED IS TRUE NAME | TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ARRAIGNED ON INFORMATION | ARRAIGNED ON INDICTMENT | READING WAIVED SUBSTANCE | WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| RELEASED ON O/R | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED CASH $ | | CORPORATE SECURITY | REAL PROPERTY: | |

| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | DETAINED | RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| CONSENT ENTERED | NOT GUILTY | GUILTY | GUILTY TO COUNTS: |
|---|---|---|---|
| PRESENTENCE REPORT ORDERED | CHANGE OF PLEA | PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: | I.D. COUNSEL | BOND SIGNING | STATUS RE: CONSENT | STATUS/TRIALSET |
|---|---|---|---|---|
| AT: | SUBMIT FINAN. AFFIDAVIT | PRELIMINARY HEARING OR | CHANGE OF PLEA | BAIL REVIEW |
| BEFORE HON. | DETENTION HEARING | ARRAIGN- MENT Set | MOTIONS | JUDGMENT & SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE UNDER 18 § USC 3161 | IDENTITY/ REMOVAL Date | PRETRIAL CONFERENCE | PROB/SUP.REL. REV. HEARING |

**ADDITIONAL PROCEEDINGS**