```
1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (184090])
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3709
7       FAX: (510) 637-3724

8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No CR 07-70498 WDB |
| ) | |
| Plaintiff, ) | SUBSTITUTION OF ATTORNEY |
| ) | |
| v. ) | |
| RAESHON "RAE" DOZIER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Please take notice that as of August 24, 2007, the Assistant U.S. Attorney whose name, address and telephone number are listed below will be counsel for the government.

    Assistant U.S. Attorney KESLIE STEWART
    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3709

DATED:  August 24, 2007              Respectfully submitted,

                                     SCOTT N. SCHOOLS
                                     United States Attorney

                                     _____/S/_____
                                     KESLIE STEWART
                                     Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

SUBSTITUTION OF ATTORNEY - [CR 07-70498 WDB]