AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA, OAKLAND DIVISION

**FILED**
AUG 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
v.
RAESHON DOZIER

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70498-WDB | CR-07-112-BLG-RFC | 4-07-70498-WDB | CR-07-112-BLG-RFC |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of Title 18  U.S.C. § 2551(a)

**DISTRICT OF OFFENSE**
U.S. District Court, District of Montana, Billings Division

**DESCRIPTION OF CHARGES:**
Sexual Exploitation of Children

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) On August 28, 2007, the defendant admitted his Identity and waived his Identity/Removal Hearing in the District of Arrest.

**Representation:**   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/31/07
Date

United States Judge or Magistrate Judge WAYNE D. BRAZIL

cc: WDB's file. Orig to pretrial, 2 certified to Marshal, pretrial via EtF

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |